Copies Mailed/Faxed
Chambers of Vincent L. Briccetti

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

RAHEIM BOLDEN,
                      Defendant.
--------------------------------------------------------------x

**ORDER**

15 CR 466 (VB)

      This Order further addresses the matters raised in defendant's letter to the Court dated June 29, 2021. (Doc. #53).

      In its letter of August 13, 2021 (Doc. #54), a copy of which was mailed to defendant, the government explained that the Bureau of Prisons calculated the start date for defendant's sentence as August 22, 2016, the date he was released from New York State custody. If defendant wishes to challenge this calculation, he must file a habeas petition pursuant to 28 U.S.C. § 2241 in the district in which he is currently confined. Since defendant is currently confined at FCI Forrest City in Forrest City, Arkansas, if he wishes to file a Section 2241 petition, he must file it in the United States District Court for the Eastern District of Arkansas.[1]

      Chambers will mail a copy of this Order to defendant at the following address:

Raheim Bolden, Reg. No. 72623-054
FCI Forrest City Medium
Federal Correctional Institution
P.O. Box 3000
Forrest City, AR 72336

Dated: August 24, 2021
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

---

[1] The government's letter incorrectly states that defendant is currently incarcerated in Arizona, rather than Arkansas.